IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, </br></br>Stakeholder, </br></br>v. </br></br>ALANA K. DRESDEN, as next friend of L.D., a minor; ALEXANA DRESDEN; and SUSAN LA RUE GUTHART, </br></br>Claimants. | Civil Action No. 2:23-cv-01454-BHL |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Stakeholder Western-Southern Life Assurance Company ("WSLAC") and Claimants Alana K. Dresden, as next friend of L.D., a minor;[1] and Alexana Dresden ("Claimants")[2] hereby stipulate to dismiss the above-captioned action, each party to bear its own costs and fees.

WSLAC is discharged from liability, and Claimants are enjoined from filing further litigation against WSLAC pertaining to policy number W 46866398, insuring the life of Scott Dresden.

*[signatures on following page]*

---

[1] Lane Dresden has now reached the age of eighteen and was a party to the Agreement and Release entered into between WSLAC, Alana Dresden, and Alexana Dresden.

[2] Claimant Susan Larue Guthart disclaimed her interest in the life insurance policy (*see* ECF No. 8-1) and did not appear in this case. Accordingly, pursuant to Rule 41(a)(1)(A)(ii), she need not sign this stipulation of dismissal.

1

Respectfully submitted this the 10th day of April, 2024.

| | |
|---|---|
| **BRADLEY ARANT BOULT CUMMINGS LLP** | **HUSCH BLACKWELL LLP** |
| */s/ Hanna E. Eickmeier* | */s/ Erin M. Strohbehn (with permission)* |
| Hanna E. Eickmeier (SBN: 1129846; NC Bar No.: 54927) | Margaret K. Heitkamp |
| Truist Center | Erin M. Strohbehn |
| 214 N. Tryon Street, Suite 3700 | 511 North Broadway, Suite 1100 |
| Charlotte, NC 28202 | Milwaukee, Wisconsin 53202 |
| Telephone: (704) 338-6041 | Telephone: (414) 273-2100 |
| Facsimile: (704) 332-8858 | Facsimile: (414) 223-5000 |
| heickmeier@bradley.com | Margaret.Heitkamp@huschblackwell.com |
| | Erin.Strohbehn@huschblackwell.com |
| Attorney for Stakeholder | Attorneys for Claimants |
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY | ALANA K. DRESDEN, AS NEXT FRIEND OF L.D., A MINOR, AND ALEXANA DRESDEN |

## CERTIFICATE OF SERVICE

The foregoing **JOINT STIPULATION OF DISMISSAL** was electronically filed using the CM/ECF system, which will send notification to all counsel of record.

Date: April 10, 2024

*/s/ Hanna E. Eickmeier*
Hanna E. Eickmeier
